UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON ROSENDO SOTO,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **SECRETARY OF THE CA DEPT. OF** ) <br> **CORRECTIONS AND** ) <br> **REHABILITATION MATTHEW CATE,** ) <br> **and BILL LOCKYER,** ) <br> ) <br> Respondents. ) <br> _____) | NO. SACV 09-1117-GAF(CT) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this petition is denied and dismissed without prejudice.

DATED: October 7, 2009

*/s/ Gary Feess*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE